Francisco **ACOSTA–ASTORGA**, Petitioner,

v.

Michael B. **MUKASEY**, Attorney General, Respondent.

No. 07–71213.

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2008.*

Filed June 30, 2008.

Christopher J. Todd, for Petitioner.

District Director, Office of the District Chief Counsel, U.S. Department of Home-

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).

land Security, Phoenix, AZ, Ronald E. Le-Fevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Jeffrey L. Menkin, Oil, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Respondent.

Before: REINHARDT, W. FLETCHER, and CLIFTON, Circuit Judges.

MEMORANDUM **

Francisco Acosta–Astorga, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo questions of law, *Sandoval–Lua v. Gonzales,* 499 F.3d 1121, 1126–27 (9th Cir.2007), and deny the petition for review.

We agree with the BIA's determination that Acosta–Astorga is removable under 8 U.S.C. § 1227(a)(2)(A)(iii) because the record establishes he was convicted of two counts of possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). *See Olivera–Garcia v. INS,* 328 F.3d 1083, 1087 (9th Cir.2003) (conviction under 21 U.S.C. § 841(a)(1) is a removable offense because it is an aggravated felony drug trafficking crime). As Acosta–Astorga was convicted of a substantive drug trafficking offense covered by 21 U.S.C. § 841(a)(1), we need not reach his contention that he is not removable as an aider and abettor. *Cf. id.* (distin-guishing accessory after the fact convictions from violations of 21 U.S.C. § 841(a)(1)); *see also Gonzales v. Duenas–Alvarez,* 549 U.S. 183, 127 S.Ct. 815, 166 L.Ed.2d 683 (2007).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

